# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ELECTRONICS INC., <br><br> Plaintiff, <br> vs. <br><br> LG ELECTRONICS, INC., et al., <br><br> Defendants. | CASE NO. 11-cv-00732 BEN (MDD) <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE** <br><br> [Docket No. 45] |

Having considered the parties' Joint Motion for Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), this Court **GRANTS** the Joint Motion. All claims, defenses, and counterclaims asserted by Plaintiff-Counterclaim-Defendant Sony Electronics, Inc., and Counterclaim-Defendants Sony Corporation and Sony Corporation of America (collectively "Sony") and Defendant-Counterclaimant LG Electronics, Inc. ("LGE") against one another in this action and in the consolidated action *Sony Corporation v. LG Electronics, Inc.*, Case No. 11-cv-1371 BEN (MDD), are dismissed without prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: August 10, 2011

HON. ROGER T. BENITEZ
United States District Court Judge